JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY GIDDINGS,<br><br>Defendant. | NO.: CR09-5812RJB<br><br>ORDER GRANTING MOTION TO<br>CONTINUE SENTENCING DATE |

The defendant having brought a motion to continue sentence, and the Court having considered the arguments presented both in support of and in opposition to the motion, now, therefore,

IT IS HEREBY ORDERED that the sentencing date in this matter be continued to June 2, 2010, at 9:30 a.m.

DONE this 28th day of April, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:


*/s/ Russell V. Leonard*
RUSSELL V. LEONARD
Attorney for Defendant

ORDER GRANTING MOTION
TO CONTINUE SENTENCING DATE            1
*United States v. Jeffrey Giddings;* CR09-5812RJB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**